IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**1:17-cv-610-CCE-LPA**

| | |
|---|---|
| VENICE PI, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-18, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF DOES 2-3, 6-10 AND 12-17

Plaintiff, Venice PI, LLC, by counsel and pursuant to FED.R.CIV.P. 41(a)(1)(A)(i) and 41(a)(1)(B), respectfully notifies the Court of its voluntary dismissal, without prejudice, of its complaint against the Defendants identified in Exhibit 2 to the Complaint as Does 2-3, 6-10 and 12-17. Does 1, 4-5, 11 and 18 had been previously dismissed.

The case no longer remains pending against any defendant.

Dated this 24th day of January, 2018.

      /s/ Kathleen Lynch      .
Kathleen M. Lynch
NC State Bar No. 37429
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle
Suite 200
Cary, NC 27511
Telephone: (919) 469-5685
Email: kml@lynchvansickle.com

*Attorney for UN4 Productions, Inc.*

1

## CERTIFICATE OF SERVICE

I certify that on the 24th of January, 2018 she electronically filed the foregoing "Notice of Dismissal of Does 2-3, 6-10 and 12-17" with the Clerk of Court using the CM/ECF system which will electronically send notification of such filing to the parties.

/s/ Kathleen M. Lynch
Kathleen Lynch
N.C. Bar No. 37429
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511
(919) 469-5685
kml@lynchvansickle.com

*Attorney for Plaintiff*